**Order entered March 3, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00042-CV

### CBS STATIONS GROUP OF TEXAS, LLC, Appellant

### V.

### CEDRIC BURNS, Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-00669

### ORDER

Before the Court is appellant's February 22, 2021 motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **March 29, 2021**. We caution appellant that further extensions requests in this accelerated appeal will be disfavored.

/s/ BONNIE LEE GOLDSTEIN
    JUSTICE